THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JAMES BAER, Appellant.—

 Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAH R. JOHNSON, Appellant.—

Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER TENNITY, Appellant.—

 Present—Dillon, P. J., Boomer, Green, Balio and Davis, JJ.